IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

                    Plaintiff

vs.                                    Case No. 1:08cr23-SPM

**TIMOTHY TREFFINGER**

                    Defendant

_____/

## PRELIMINARY ORDER OF FORFEITURE

        THIS CAUSE comes before the Court upon the motion of the United States of America for a Preliminary Order of Forfeiture.  (doc. 59)  Being fully advised in the premises, the Court finds:

1.      On August 5, 2008, a Federal Grand Jury sitting in the Northern District of Florida issued an Indictment against the defendant, charging him with various violations of Titles 18 and 21, United States Code.

2.      The Indictment included a Forfeiture Count, pursuant to 21 U.S.C. § 853.

3.      The United States seeks forfeiture of:

    **A.**    **Real property located at 15508 SW 149th Place, Archer, Alachua County, Florida, with all improvements and appurtenances thereon, more specifically described in Exhibit A;**

    **B.**    **Approximately $5,500.00 in U.S. currency contained in Wachovia Bank account 3453230262505;**

    **C.**    **2004 Honda motorcycle VIN: JH2PC37024M101754;**

    **D.**    **2007 Texas trailer VIN: TX07LMBPTEXJA6100;**

    **E.**    **39 Firearms described in Exhibit B; and**

    **F.**    **9 gold coins valued at approximately $11,000.00.**

4.      The United States is entitled to possession of the above-described property pursuant to 18 U.S.C. § 924 and 21 U.S.C. § 853;

5.      On January 7, 2009, a jury returned a verdict finding defendant guilty on all counts.

6.      On January 7, 2009, a jury returned a special verdict finding the property listed above as forfeitable to the United States of America.

It is hereby  ORDERED, ADJUDGED and DECREED that based on the foregoing, the defendant's interest the following property is hereby forfeited to the United States pursuant to the provisions of 21 U.S.C. § 853:

        **A.      Real property located at 15508 SW 149th Place, Archer, Alachua County, Florida, with all improvements and appurtenances thereon, more specifically described in Exhibit A of the United States of America's Motion for Preliminary Order of Forfeiture;**

        **B.      Approximately $5,500.00 in U.S. currency contained in Wachovia Bank account 3453230262505;**

        **C.      2004 Honda motorcycle VIN: JH2PC37024M101754;**

        **D.      2007 Texas trailer VIN: TX07LMBPTEXJA6100;**

        **E.      39 Firearms described in Exhibit B of the United States of America's Motion for Preliminary Order of Forfeiture; and**

        **F.      9 gold coins valued at approximately $11,000.00.**

It is further ORDERED, ADJUDGED and DECREED that in accordance with the law, the United States shall cause to be published at least once, on notice of this Order, notice of its intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the aforementioned property must file a petition with the Court within thirty (30) days of the final publication of the notice, or

within sixty (60) days of the first date of publication on an official Internet government forfeiture site, or receipt of actual notice, whichever is earlier. The United States shall:

1.  State in the notice that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought; and

2.  To the extent practicable, provide direct written notice to any person known to have an alleged interest in the property that is subject of the Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified. It is further

ORDERED, ADJUDGED and DECREED that upon adjudication of all third party interests, this Court will enter a Final Order in which all interests will be addressed.

DONE AND ORDERED this tenth day of February, 2009.


_s/ Stephan P. Mickle_

Stephan P. Mickle
United States District Judge

-3-